IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FREDDIE ICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv385-CSC |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On September 2, 2008, plaintiff's counsel filed a motion for attorney's fees pursuant to the 42 U.S.C. § 406(b). Upon consideration of the motion, it is

ORDERED that on or before September 18, 2008, the defendant shall show cause why the motion should not be granted.

Done this 3rd day of September, 2008.

        /s/Charles S. Coody
        CHARLES S. COODY
        UNITED STATES MAGISTRATE JUDGE